# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MICHAEL FOODS, INC., | Civil No. 09-0492 (JRT/AJB) |
| Plaintiff, | |
| v. | |
| U.S. SPECIALTY INSURANCE COMPANY, | **ORDER** |
| Defendant. | |

_____

Steven Zabel, **LEONARD STREET AND DEINARD, PA,** 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for plaintiff.

Douglas Mangel, **DRINKER BIDDLE & REATH LLP,** 1500 K Street NW, Suite 1100, Washington, DC 2005, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on July 13, 2010 [Docket No. 47].

**IT IS HEREBY ORDERED** that the above matter is hereby **DISMISSED with PREJUDICE,** on the merits, and without costs, disbursements, or attorney's fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 14, 2010
at Minneapolis, Minnesota.

                                                   s/ John R. Tunheim
                                                   JOHN R. TUNHEIM
                                         United States District Judge